UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

JOSEPH VAN LOON; TYLER ALMEIDA; ALEXANDER FISHER;
PRESTON VAN LOON; KEVIN VITALE; and NATE WELCH

VS.

DEPARTMENT OF THE TREASURY; OFFICE OF FOREIGN
ASSETS CONTROL; JANET YELLEN, in her official capacity as
Secretary of the Treasury; and ANDREA M. GACKI, in her official
capacity as Director of the Office of Foreign Assets Control

Case No.: 6:22-cv-00920-ADA-JCM

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Kannon K. Shanmugam, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Plaintiffs Joseph Van Loon, et al. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Paul, Weiss, Rifkind, Wharton & Garrison LLP with offices at:

   Mailing address: 2001 K Street, N.W.

   City, State, Zip Code: Washington, DC 20006

   Telephone: (202) 223-7300      Facsimile: (202) 223-7420

2. Since 2001, Applicant has been and presently is a member of and in good standing with the Bar of the State of District of Columbia.

   Applicant's bar license number is 474304.
   See attachment

3. Applicant has been admitted to practice before the following courts:

   Court:                              Admission date:
   See attachment

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I [ ] have [X] have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Charles Lewis Ainsworth, Parker, Bunt & Ainsworth, P.C.

Mailing address: 100 E. Ferguson Street

City, State, Zip Code: Tyler, TX 75702

Telephone: (903) 531-3535

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Kannon K. Shanmugam to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Kannon K. Shanmugam
[printed name of Applicant]

[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 9th day of September, 2022.

Kannon K. Shanmugam
[printed name of Applicant]

[signature of Applicant]