UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| JOSEPH VAN LOON; TYLER ALMEIDA; ALEXANDER FISHER; PRESTON VAN LOON; KEVIN VITALE; and NATE WELCH,<br><br>          Plaintiffs,<br><br>- against -<br><br>DEPARTMENT OF THE TREASURY; OFFICE OF FOREIGN ASSETS CONTROL; JANET YELLEN, in her official capacity as Secretary of the Treasury; and ANDREA M. GACKI, in her official capacity as Director of the Office of Foreign Assets Control,<br><br>          Defendants. | Civil Action No. 6:22-cv-920-ADA-JCM |

**NOTICE OF FILING OF AFFIDAVIT OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 4, counsel for Plaintiffs Joseph Van Loon, Tyler Almeida, Alexander Fisher, Preston Van Loon, Kevin Vitale, and Nate Welch hereby file the attached Affidavit of Service of the Summonses and Complaint on the Defendants in the above-entitled matter.

(1)

Dated: October 13, 2022

                                                 Respectfully submitted,

| PAUL, WEISS, RIFKIND, | PARKER, BUNT & AINSWORTH, P.C. |
| WHARTON & GARRISON LLP | |
| | By:    /s/ Charles Lewis Ainsworth |
| Kannon K. Shanmugam* | Charles Lewis Ainsworth |
| Brian M. Lipshutz* | Texas Bar No. 00783521 |
| Matteo Godi* | 100 E. Ferguson Suite 418 |
| Jennifer K. Corcoran* | Tyler, TX 75702 |
| 2001 K Street, N.W. | (903) 531-3535 (telephone) |
| Washington, DC 20006 | charley@pbatyler.com |
| (202) 223-7300 (telephone) | |
| kshanmugam@paulweiss.com | |
| *Admitted pro hac vice* | |

# AFFIDAVIT OF SERVICE

1. I am not a party to this action, am over 18 years of age, and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 2001 K Street, N.W., Washington, DC 20006.

2. At the request of Jennifer K. Corcoran, an associate at Paul, Weiss, Rifkind, Wharton & Garrison LLP, on September 8, 2022, I personally placed true copies of the Summonses and Complaint filed in the above-captioned case into prepaid certified mail envelopes, with return receipts requested, that were properly addressed to Defendants in this action, the United States Attorney General, and the Office of the United States Attorney for the Western District of Texas. I then deposited the envelopes into an official depository under the exclusive custody and care of the United States Postal Service within the District of Columbia.

> Merrick Garland, United States Attorney General
> U.S. Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, DC 20530-0001
>
> Stephanie Rico
> Civil Process Clerk
> Office of the United States Attorney for the Western District of Texas
> 601 N.W. Loop 410, Suite 600
> San Antonio, TX 78216-5597
>
> U.S. Department of the Treasury
> 1500 Pennsylvania Avenue, N.W.
> Washington, DC 20220
>
> Janet Yellen, in her official capacity as Secretary of the Treasury
> U.S. Department of the Treasury
> 1500 Pennsylvania Avenue, N.W.
> Washington, DC 20220
>
> Office of Foreign Assets Control
> 1500 Pennsylvania Avenue, N.W.-Annex
> Washington, DC 20220

       Andrea M. Gacki, in her official capacity as Director of the Office
           of Foreign Assets Control
       Office of Foreign Assets Control
       1500 Pennsylvania Avenue, N.W.-Annex
       Washington, DC 20220

3.     Attached as Exhibit A are certified mail labels with United States Postal Service tracking information showing that the envelopes with the Summonses and Complaint were received by Defendants, the United States Attorney General, and the Office of the United States Attorney for the Western District of Texas.

*[signature]*
Sharon Johnson

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of October, 2022, a copy of the foregoing was filed electronically using CM/ECF and was served by U.S. mail to:

>U.S. Department of the Treasury
>1500 Pennsylvania Avenue, N.W.
>Washington, DC 20220
>
>Janet Yellen, in her official capacity as Secretary of the Treasury
>U.S. Department of the Treasury
>1500 Pennsylvania Avenue, N.W.
>Washington, DC 20220
>
>Office of Foreign Assets Control
>1500 Pennsylvania Avenue, N.W.-Annex
>Washington, DC 20220
>
>Andrea M. Gacki, in her official capacity as Director of the Office of Foreign Assets Control
>Office of Foreign Assets Control
>1500 Pennsylvania Avenue, N.W.-Annex
>Washington, DC 20220

>>By: /s/ Charles Lewis Ainsworth
>>Charles Lewis Ainsworth
>>Texas Bar No. 00783521