# EXHIBIT A

**Receipt 1 (7012 1010 0003 5261 3048):**
- Postage: $3.12
- Return Receipt Fee: 3.25
- Restricted Delivery Fee: 10.35
- Total Postage & Fees: $16.72
- Sent To: Merrick Garland
- 950 Pennsylvania Ave N.W.
- Washington DC 20530-0001

**Receipt 2 (7012 1010 0003 5261 2997):**
- Postage: $2.64
- Return Receipt Fee: 3.25
- Restricted Delivery Fee: 10.35
- Total Postage & Fees: $16.24
- Sent To: Andrea Gacki
- 1500 Pennsylvania Ave N.W.
- Washington DC 20220 Annex

**Receipt 3 (7012 1010 0003 5261 3031):**
- Postage: $2.64
- Certified Fee: 10.35
- Return Receipt Fee: 3.25
- Restricted Delivery Fee: 10.35
- Total Postage & Fees: $16.24
- Sent To: U.S. Dept. of Treasury
- 1500 Pennsylvania Ave N.W.
- Washington DC 20220

**Receipt 4 (7012 1010 0003 5261 3017):**
- Postage: $2.64
- Return Receipt Fee: 3.25
- Restricted Delivery Fee: 10.35
- Total Postage & Fees: $16.24
- Sent To: Office of Foreign Assets Control
- 1500 Pennsylvania Ave NW
- Washington, DC 20220 Annex

**Receipt 5 (7012 1010 0003 5261 2980):**
- Postage: $3.12
- Return Receipt Fee: 3.25
- Restricted Delivery Fee: 10.35
- Total Postage & Fees: $16.72
- Sent To: Stephanie Rico
- 615 N.W. Loop 410 Suite 600
- San Antonio Texas 78216-5697

**Receipt 6 (7012 1010 0003 5261 3000):**
- Postage: $2.64
- Return Receipt Fee: 3.25
- Restricted Delivery Fee: 10.35
- Total Postage & Fees: $16.24
- Sent To: Janet Yellen
- 1500 Pennsylvania Ave N.W.
- Washington, DC 20220

# USPS Tracking®

FAQs >



Remove ✕

**Tracking Number:** 70121010000352613048

Your item was picked up at a postal facility at 4:54 am on September 14, 2022 in WASHINGTON, DC 20530.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, Individual Picked Up at Postal Facility

September 14, 2022 at 4:54 am
WASHINGTON, DC 20530

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌃

September 14, 2022, 4:54 am
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20530
Your item was picked up at a postal facility at 4:54 am on September 14, 2022 in WASHINGTON, DC 20530.

September 13, 2022, 10:24 am
Available for Pickup
WASHINGTON, DC 20530

**September 13, 2022, 9:48 am**
Arrived at Post Office
WASHINGTON, DC 20018

**September 12, 2022**
In Transit to Next Facility

**September 9, 2022, 11:36 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

USPS Tracking Plus® ⌄

Product Information ⌄

Feedback

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

FAQs >



Remove ✕

**Tracking Number:** 70121010000352612980

Your item was delivered to an individual at the address at 9:16 am on September 13, 2022 in SAN ANTONIO, TX 78216.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, Left with Individual

September 13, 2022 at 9:16 am
SAN ANTONIO, TX 78216

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌃

September 13, 2022, 9:16 am
Delivered, Left with Individual
SAN ANTONIO, TX 78216
Your item was delivered to an individual at the address at 9:16 am on September 13, 2022 in SAN ANTONIO, TX 78216.

September 12, 2022, 10:34 pm
Departed USPS Regional Facility
SAN ANTONIO TX DISTRIBUTION CENTER

**September 12, 2022, 10:46 am**
Arrived at USPS Regional Facility
SAN ANTONIO TX DISTRIBUTION CENTER

**September 11, 2022**
In Transit to Next Facility

**September 9, 2022, 11:36 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

USPS Tracking Plus®                                                  ⌄

Product Information                                                  ⌄

Feedback

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

FAQs >



**Tracking Number:** 70121010000352613031

Remove ✕

Your item was picked up at a postal facility at 3:31 am on September 14, 2022 in WASHINGTON, DC 20220.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, Individual Picked Up at Postal Facility

September 14, 2022 at 3:31 am
WASHINGTON, DC 20220

Get Updates ⌄

---

Text & Email Updates ⌄

---

Tracking History ⌃

**September 14, 2022, 3:31 am**
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20220
Your item was picked up at a postal facility at 3:31 am on September 14, 2022 in WASHINGTON, DC 20220.

**September 13, 2022, 11:46 am**
Available for Pickup
WASHINGTON, DC 20220

Feedback

**September 13, 2022, 10:51 am**
Arrived at Post Office
WASHINGTON, DC 20018

**September 12, 2022**
In Transit to Next Facility

**September 9, 2022, 11:36 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

Feedback

**See Less** ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

FAQs >



Tracking Number: 70121010000352613000

Remove ✕

Your item was picked up at a postal facility at 3:31 am on September 14, 2022 in WASHINGTON, DC 20220.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, Individual Picked Up at Postal Facility

September 14, 2022 at 3:31 am
WASHINGTON, DC 20220

Get Updates ⌄

Feedback

---

Text & Email Updates  ⌄

---

Tracking History  ⌃

**September 14, 2022, 3:31 am**
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20220
Your item was picked up at a postal facility at 3:31 am on September 14, 2022 in WASHINGTON, DC 20220.

**September 13, 2022, 11:46 am**
Available for Pickup
WASHINGTON, DC 20220

**September 13, 2022, 10:51 am**
Arrived at Post Office
WASHINGTON, DC 20018

**September 12, 2022**
In Transit to Next Facility

**September 9, 2022, 11:36 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

Feedback

**See Less** ⋀

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

# USPS Tracking®

FAQs >



**Tracking Number:** 70121010000352613017

Remove ✕

Your item was picked up at a postal facility at 3:31 am on September 14, 2022 in WASHINGTON, DC 20220.

USPS Tracking Plus® Available ⌄

## ✓ Delivered, Individual Picked Up at Postal Facility

September 14, 2022 at 3:31 am
WASHINGTON, DC 20220

Get Updates ⌄

---

| Text & Email Updates | ⌄ |
|---|---|

| Tracking History | ⌃ |
|---|---|

**September 14, 2022, 3:31 am**
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20220
Your item was picked up at a postal facility at 3:31 am on September 14, 2022 in WASHINGTON, DC 20220.

**September 13, 2022, 11:46 am**
Available for Pickup
WASHINGTON, DC 20220

Feedback

September 13, 2022, 10:51 am
Arrived at Post Office
WASHINGTON, DC 20018

## USPS Tracking Plus®

## Product Information

**See Less** ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback



# USPS Tracking®

FAQs >

**Tracking Number:** 70121010000352612997

Remove ✕

Your item was picked up at a postal facility at 3:31 am on September 14, 2022 in WASHINGTON, DC 20220.

**USPS Tracking Plus® Available** ⌄

## ✓ Delivered, Individual Picked Up at Postal Facility

September 14, 2022 at 3:31 am
WASHINGTON, DC 20220

**Get Updates** ⌄

Feedback

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

September 14, 2022, 3:31 am
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20220
Your item was picked up at a postal facility at 3:31 am on September 14, 2022 in WASHINGTON, DC 20220.

September 13, 2022, 11:46 am
Available for Pickup
WASHINGTON, DC 20220

**September 13, 2022, 10:48 am**
Arrived at Post Office
WASHINGTON, DC 20018

**September 12, 2022**
In Transit to Next Facility

**September 10, 2022, 4:16 pm**
Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER

**September 9, 2022, 11:38 pm**
Arrived at USPS Regional Facility
GAITHERSBURG MD DISTRIBUTION CENTER

**USPS Tracking Plus®**

**Product Information**

Feedback

**See Less** ︿

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**