**UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF TEXAS**

**WACO DIVISION**

| | |
|---|---|
| **JOSEPH VAN LOON** *et al.* | |
| **Plaintiffs,** | |
| **v.** | Civil Action No. 6:22-cv-920 |
| **DEPARTMENT OF TREASURY** *et al.***,** | |
| **Defendants.** | |

**DEFENDANTS' CONSENT MOTION TO EXTEND THE ANSWER DEADLINE**

Defendants respectfully move the Court to extend their time to respond to Plaintiffs' Complaint by three weeks, or until December 5, 2022.  In support of this Motion, Defendants state as follows:

1. On November 8, 2022, the Office of Foreign Assets Control (OFAC) withdrew the August 8, 2022 designation of Tornado Cash and simultaneously redesignated it under North Korea-related E.O. 13722 and under E.O. 13694/13757. *See* https://home.treasury.gov/news/press-releases/jy1087#:~:text=REDESIGNATING%20 TORNADO%20CASH&text=Effective%20immediately%2C%20the%20August%208,operate% 20on%20the%20Ethereum%20blockchain.

2. Defendants informed Plaintiffs of the redesignation by e-mail; and Plaintiffs have informed undersigned counsel that they will seek to amend their Complaint within three weeks of the current November 14 answer deadline.

3.  The requested extension will allow the Parties to coordinate their next steps in this litigation.

1

4. Defendants understand Rule 15(a)(3) to apply upon the filing of any Amended Complaint, but Defendants reserve their right to seek any necessary extension of that deadline once the Amended Complaint is filed. *See* FRCP 15(a)(3) ("Unless the court orders otherwise, any required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later.")

5. Plaintiffs have informed undersigned counsel that they consent to this request.

6. A proposed order accompanies this Motion.

Dated: November 10, 2022

Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

DIANE KELLEHER
Assistant Director

*/s/ Christopher R. Healy*
CHRISTOPHER R. HEALY
CHRISTINE COOGLE
Trial Attorneys
STEPHEN M. ELLIOTT
Senior Counsel
Federal Programs Branch, Civil Division
United States Department of Justice
1100 L St. NW
Washington, DC 20005
Tel: 202-514-8095
Fax 202-616-8470
E-mail: Christopher.Healy@usdoj.gov

*Counsel for Defendants*