
~~TOP SECRET~~ █████████████████ ~~LES~~

# (U) Certified Index:
## *Van Loon et al. v. Department of the Treasury et al.*, 22-920 (WD Texas)

|  | Bates No(s). |
|---|---|
| (U) A. Blocking Memorandum | 00001–00005 |
| (U) B. Federal Register Notice | 00006–00008 |
| (U) C. Press Release | 00009–00012 |
| (U) D. Evidentiary Memorandum, Unclassified | 00013–00100 |
| (U) E. Evidentiary Memorandum Exhibits | 00101–02353 |
|    (U) Ex 001: CoinDesk, "What is Tokenomics and Why is it Important?" (U) | 00101–00103 |
|    (U) Ex 002: Executive Order 13551 of August 30, 2010, "Blocking Property of Certain Persons With Respect to North Korea" (U) | 00104–00108 |
|    (U//~~FOUO~~) Ex 003: ███████████ (U//~~LES~~) | 00109–00123 |
|    (U) Ex 004: Tornado Cash, Website, "Torn," archived version from June 17, 2022, accessed via The Wayback Machine (U) | 00124–00128 |
|    (U) Ex 005: Tornado Cash, Website, "Staking," archived version from April 20, 2022, accessed via The Wayback Machine (U) | 00129–00136 |
|    (U) Ex 006: CoinDesk, "Tornado Cash Co-Founder Says the Mixer Protocol is Unstoppable," January 25, 2022 (U) | 00137–00149 |
|    (U) Ex 007: Decrypt.co, "Tornado Cash Ethereum Token Down 50% After Sanctions" (U) | 00150–00157 |
|    (U) Ex 008: Dune, "Tornado Cash" (U) | 00158–00159 |



(U) ████████████████████████████████████████████

Classified By: ██████████
Derived From:
Declassify On:

~~TOP SECRET~~ ████████████████ ~~LES~~

| | |
|---|---:|
| (U)  Ex 009: Etherscan, "Address 0x4e7B3769921C8DFBdb3d1B4c73558db079A180c7" (U) | 00160–00162 |
| (U)  Ex 010: Etherscan, "TORN Token" (U) | 00163–00166 |
| (U)  Ex 011: CoinMarket Cap, "Russian Ransomware Attacker Extradited to U.S. from Netherlands, Tornado Cash Dev Still Isolated" (U) | 00167–00173 |
| (U)  Ex 012: BTC Geek, "Write for Us" (U) | 00174–00175 |
| (U)  Ex 013: Crunchbase, "Roman Semenov" (U) | 00176–00179 |
| (U)  Ex 014: Open Zeppelin, "OpenZeppelin Contracts" (U) | 00180–00183 |
| (U)  Ex 015: Medium, "Tornado Cash Introduces Arbitrary Amounts & Shielded Transfers" (U) | 00184–00189 |
| (U)  Ex 016: TechTarget, "User Interface" (U) | 00190–00194 |
| (U)  Ex 017: SPDX, "Overview" (U) | 00195–00198 |
| (U)  Ex 018: Cointelegraph, "Tornado Cash Community Fund Multisignature Wallet Disbands Amid Sanctions," (U) | 00199–0201 |
| (U)  Ex 019: Immunefi, "About" (U) | 00202–00207 |
| (U)  Ex 020: Internet Archive, "About" (U) | 00208–00218 |
| (U)  Ex 021: Investopedia, "What Crypto Users Need to Know: The ERC20 Standard" (U) | 00219–00211 |
| (U)  Ex 022: Cointelegraph, "What is a Crypto Airdrop, and How Does it Work" (U) | 00212–00229 |
| (U)  Ex 023: Cointelegraph, Website, "About" (U) | 00230–00231 |
| (U)  Ex 024: Elliptic, Website, "Our Story" (U) | 00232–00236 |
| (U)  Ex 025: Cointelegraph, "Understanding Staking Pools: The Pros and Cons of Staking Cryptocurrency" (U) | 00237–00243 |
| (U)  Ex 026: Chainalysis, Website, "About Us" (U) | 00244–00259 |
| (U//~~FOUO~~)  Ex 027: ████████████████ (U//~~FOUO~~) | 00260–00305 |

| | |
|---|---|
| (U) Ex 028: SPDX MIT, "MIT License" (U) | 00306–00308 |
| (U) Ex 029: Etherscan, Website. "About Etherscan" (U) | 00309–00313 |
| (U) Ex 030: Etherscan, "Transaction Details 0xab" (U) | 00314–00315 |
| (U) Ex 031: OKX, Website, "Contact Us" (U) | 00316–00318 |
| (U) Ex 032: Securities Exchange Commission, "1inch LTD" (U) | 00319–00321 |
| (U) Ex 033: Crunchbase, Website, "About Crunchbase" (U) | 00322–00331 |
| (U) Ex 034: Bitcoin.com, "Tornado Cash Governance Token TORN Shudders More than 57% Since the US government Ban" (U) | 00332–00337 |
| (U) Ex 035: Decrypt, "What is 1inch Exchange? Beginners Guide" (U) | 00338–00345 |
| (U) Ex 036: Etherscan, "Address 0x5efda50f22d34F262c29268506C5Fa42cB56A1Ce" (U) | 00346–00348 |
| (U) Ex 037: Binance. "TORN" (U) | 00349–00350 |
| (U) Ex 038: Github, "Gnosis Chain / Media-Kit" (U) | 00351–00354 |
| (U) Ex 039: Medium, "Tornado.cash Trusted Setup Ceremony" (U) | 00355–00358 |
| (U) Ex 040: Altcoin Buzz, Website, "About Altcoin Buzz" (U) | 00359–00360 |
| (U) Ex 041: Medium, Website, "What is Medium?" (U) | 00361–00369 |
| (U) Ex 042: Kharon, "Developer of Sanctioned Crypto Mixer Arrested, Was Employed by Company Linked to Russia's FSB" (U) | 00370–00375 |
| (U) Ex 043: Kharon, Website, "About Kharon" (U) | 00376–00378 |
| (U) Ex 044: U.S. Department of the Treasury, "Treasury Sanctions Russian Federal Security Service Enablers" (U) | 00379–00382 |
| (U) Ex 045: Executive Order 13757 of December 28, 2016, "Taking Additional Steps to Address the National Emergency with Respect to Significant Malicious Cyber-Enabled Activities" (U) | 00383–00386 |

| | |
|---|---|
| (U) Ex 046: U.S. Department of State, Press Release, "U.S. Sanctions and Other Measures Imposed on Russia in Response to Russia's Use of Chemical Weapons" (U) | 00387–00395 |
| (U) Ex 047: Investopedia, "Hot Wallet" (U) | 00396–00402 |
| (U) Ex 048: GitHub, "Tornado Repositories" (U) | 00403–00409 |
| (U) Ex 049: CoinTelegraph, "DeFI Staking a Beginners Guide to Proof-of-Stake Coins" (U) | 00410–00417 |
| (U) Ex 050: Ethereum, "Introduction to Ethereum Governance" (U) | 00418–00419 |
| (U) Ex 051: Blockchain Council, "What is Dai?" (U) | 00420–00428 |
| (U) Ex 052: DeCrypt, "What is Compound?" (U) | 00429–00436 |
| (U//FOUO) Ex 053: ███████████████ (U//FOUO) | 00437–00473 |
| (U) Ex 054: U.S. Department of the Treasury, Press Releases, "Treasury Takes Robust Actions to Counter Ransomware" (U) | 00474–00479 |
| (U) Ex 055: Vitalik, "How do Trusted Setups Work?" (U) | 00480–00487 |
| (U) Ex 056: Cryptotimes, "Velodrome Regains $350k Stolen by its Developer Gabagool" (U) | 00488–00490 |
| (U) Ex 057: Coindesk, "Cloning Tornado Cash Would Be Easy, but Risky" (U) | 00491–00504 |
| (U) Ex 058: Ethereum, "Ethereum Accounts" (U) | 00505–00513 |
| (U) Ex 059: Chainalysis, "Dissecting the DAO: Web3 Ownership is Surprisingly Concentrated" (U) | 00514–00525 |
| (U) Ex 060: Medium, "How to Stay Anonymous with tornado.cash and Similar Solutions" (U) | 00526–00529 |
| (U) Ex 061: Medium, "Tornado.Cash Governance Proposal" (U) | 00530–00543 |
| (U) Ex 062: Coin Center, "How does Tornado Cash Work?" (U) | 00544–00576 |
| (U) Ex 063: Chainalysis, "Crypto Mixers and AML Compliance" (U) | 00577–00582 |

| | |
|---|---|
| (U) Ex 064: Tornado Cash, "How Tornado Cash Works," archived version from February 18, 2022, accessed via The WayBack Machine (U) | 00583–00591 |
| (U) Ex 065: U.S. Department of the Treasury, Press Release, "Treasury Continues to Counter Ransomware as Part of Whole-of-Government Effort; Sanctions Ransomware Operators and Virtual Currency Exchange" (U) | 00592–00597 |
| (U) Ex 066: Investopedia, "Application Programming Interface (API)" (U) | 00598–00604 |
| (U) Ex 067: Snapshot, Website, "Home-Snapshot" (U) | 00605–00606 |
| (U) Ex 068: Investopedia, "Atomic Swap Definition" (U) | 00607–00614 |
| (U) Ex 069: Medium, "What Are Cliffs and Vesting, and Why Do They Matter?" (U) | 00615–00618 |
| (U) Ex 070: Medium, "What's Up Tornado - Some Digging on Tornado Cash Decision Making" (U) | 00619–00624 |
| (U) Ex 071: Tornado Cash, "Ceremony," archived version from August 5, 2020, accessed via The WayBack Machine (U) | 00625–00628 |
| (U) Ex 072: FIOD, "Arrest of suspected developer of Tornado Cash" (U) | 00629–00631 |
| (U) Ex 073: Investopedia, "USD Coin" (U) | 00632–00638 |
| (U) Ex 074: Github, "Tornado-Repositories/Tornado-Core Commits on March 24, 2022" (U) | 00639–00643 |
| (U) Ex 075: Medium "What is the xDai Chain and Why Should I Try It?" (U) | 00644–00648 |
| (U) Ex 076: DeCrypt, "What is Wrapped Bitcoin?" (U) | 00649–00655 |
| (U) Ex 077: Dune, "Tornado Cash Fees V04" (U) | 00656–00657 |
| (U) Ex 078: MakeUseOf, "What is Software Forking" (U) | 00658–00660 |
| (U) Ex 079: Dune, "Introduction to Dune/Dune Docs" (U) | 00661–00662 |
| (U) Ex 080: Github, Website, "Github's Products" (U) | 00663–00668 |

| | |
|---|---|
| (U) Ex 081: CoinDesk, "How Bitcoin Mixers Work and Why People Use Bitcoin Mixers" (U) | 00669–00675 |
| (U) Ex 082: Council on Foreign Relations, "About CFR" (U) | 00676–00684 |
| (U) Ex 083: GitHub, "openzeppelin-contracts/contracts/proxy" (U) | 00685–00688 |
| (U) Ex 084: SPDX, "SPDX License List" (U) | 00689–00707 |
| (U) Ex 085: *Forbes*, "What is AVAX" (U) | 00708–00713 |
| (U) Ex 086: GitHub, "Tornado Repositories/Tornado Classic UI" (U) | 00714–00716 |
| (U) Ex 087: Medium, "Decentralizing TornadoCash: The Launch of Tornado Fund and the Path Towards Tornado DAO" (U) | 00717–00721 |
| (U) Ex 088: OpenZeppelin, "Explore using OpenZeppelin" (U) | 00722–00726 |
| (U) Ex 089: Crypto.com, "Crypto Tokens vs Coins–What's the Difference?" (U) | 00727–00737 |
| (U) Ex 090: Etherscan, "Token Torn Token" (U) | 00738–00741 |
| (U) Ex 091: Binance, Website, Homepage (U) | 00742–00743 |
| (U) Ex 092: Binance, "List of Supported Assets–Binance US" (U) | 00744–00749 |
| (U) Ex 093: Coinbase, "Compound Dai" (U) | 00750–00751 |
| (U) Ex 094: Tech Target, "Code Base" (U) | 00752–00754 |
| (U) Ex 095: Tech Target, "Source Code" (U) | 00755–00760 |
| (U) Ex 096: Etherscan, "Contract 0x58E8dCC13BE9780fC42E8723D8EaD4CF46943dF2" (U) | 00761–00763 |
| (U) Ex 097: CoinDesk, "Custodial Wallets vs Non-Custodial Crypto Wallets" (U) | 00764–00771 |
| (U) Ex 098: *Forbes*, "Leaked 'Tai Chi' Document Reveals Binance's Elaborate Scheme To Evade Bitcoin Regulators" (U) | 00772–00781 |
| (U) Ex 099: Executive Order 13694 of April 1, 2015, "Blocking the Property of Certain Persons Engaging in Significant Malicious Cyber-Enabled Activities" (U) | 00782–00788 |

| | |
|---|---|
| (U) Ex 100: Executive Order 13722 of March 18, 2016, "Blocking the Property of the Government of North Korea and the Workers' Party of Korea, and Prohibiting Certain Transactions With Respect to North Korea" (U) | 00789–00795 |
| (U//~~FOUO~~) Ex 101: OFAC, Memorandum for Record, "Analysis of Tornado Cash Addresses and Contracts" (U//~~FOUO~~) | 00796–00806 |
| (U) Ex 102: Investopedia, "Tether (USDT): Meaning and Uses for Tether Crypto Explained" (U) | 00807–00813 |
| (U) Ex 103: Ethereum, "Intro to Ethereum" (U) | 00814–00821 |
| (U) Ex 104: *Thompson Reuters*, "Blockchain Technology: Data Privacy Issues and Potential Mitigation Strategies" (U) | 00822–00830 |
| (U) Ex 105: CoinMarket Cap, "Glossary–Annual Percentage Yield" (U) | 00831–00833 |
| (U//~~FOUO~~) Ex 106: ███████ (U//~~FOUO~~) | 00834–00855 |
| (U) Ex 107: Ethereum, "Transactions" (U) | 00856–00872 |
| (U) Ex 108: Certik, "What is Blockchain Analysis?–Blog" (U) | 00873–00883 |
| (U) Ex 109: Certik, "About" (U) | 00884–00890 |
| (U) Ex 110: Council on Foreign Relations, "Cryptocurrencies, Digital Dollars, and the Future of Money" (U) | 00891–00897 |
| (U) Ex 111: Ethereum, "ERC-20 Token Standard" (U) | 00898–00909 |
| (U) Ex 112: U.S. Department of the Treasury, Press Release, "Treasury Sanctions Russia-based Hydra, World's Largest Darknet Market, and Ransomware Enabling Virtual Currency Exchange Garantex" (U) | 00910–00914 |
| (U) Ex 113: U.S. Department of the Treasury, Press Release, "Treasury Sanctions North Korean State-Sponsored Malicious Cyber Groups" (U) | 00915–00919 |
| (U) Ex 114: U.S. Department of the Treasury, Press Release, "U.S. Treasury Issues First-Ever Sanctions on a Virtual Currency Mixer, Targets DPRK Cyber Threats" (U) | 00920–00923 |

TOP SECRET~~//~~ LES

| | |
|---|---|
| (U) Ex 115: Cointelegraph, "What are NFT's?" (U) | 00924–00932 |
| (U) Ex 116: Chainalysis, "Crypto Mixer Usage Reaches All-time Highs in 20222, With Nation State Actors and Cyber Criminals Contributing Significant Volume" (U) | 00933–00941 |
| (U) Ex 117: U.S. Department of the Treasury, Frequently Asked Questions, "FAQ #561" (U) | 00942–00944 |
| (U) Ex 118: Ethereum, "Smart Contract Languages" (U) | 00945–00947 |
| (U) Ex 119: Tornado Cash, Website, "Jobs" (U) | 00948–00949 |
| (U) Ex 120: Tornado Cash, Website, "Introduction," archived version from August 5, 2022, accessed via Tha WayBack Machine (U) | 00950–00954 |
| (U) Ex 121: Cointelegraph, "TORN Soars 200% as Tornado.Cash's Governance Token Becomes Tradable" (U) | 00955–00960 |
| (U) Ex 122: Tornado Cash, Website, "Community Involvement," archived version from June 17, 2022, accessed via The WayBack Machine (U) | 00961–00968 |
| (U) Ex 123: CoinDesk, "An Introduction to Sidechains" (U) | 00969–00980 |
| (U) Ex 124: *Forbes*, "What is Tether? How Does it Work?" (U) | 00981–00988 |
| (U) Ex 125: Decrypt, "What is Wrapped Bitcoin?" (U) | 00989–00993 |
| (U) Ex 126: CoinMarketCap, "What is Binance Smart Chain?" (U) | 00994–01003 |
| (U) Ex 127: CoinMarket Cap, "About CoinMarketCap" (U) | 01004–01008 |
| (U) Ex 128: Investopedia, "About Us" (U) | 01009–01021 |
| (U) Ex 129: Investopedia, "Polygon (MATIC)" (U) | 01022–01029 |
| (U) Ex 130: National Institute of Standards and Technology, "Blockchain Technology Overview" (U) | 01030–01098 |
| (U) Ex 131: Medium, "Avalanche Mainnet is Live" (U) | 01099–01103 |
| (U) Ex 132: Tornado Cash, Website, "Circuits," archived version from June 17, 2022, accessed via The WayBack Machine (U) | 01104–01108 |

TOP SECRET███████████████████LES

| | |
|---|---|
| (U) Ex 133: Zcash, "What are ZK-SNARKs?" (U) | 01109–01114 |
| (U) Ex 134: Tornado Cash, Website, "Connect your Wallet," archived on June 17, 2022 (U) | 01115–01123 |
| (U) Ex 135: Tornado Cash, Website, "Deposit & Withdraw–Tornado Cash," archived version from June 19, 2022, accessed via The WayBack Machine (U) | 01124–01128 |
| (U) Ex 136: Tornado Cash, Website, "Fund & Withdraw on Nova," archived version from June 17, 2022, accessed via The WayBack Machine (U) | 01129–01133 |
| (U) Ex 137: Tornado Cash, Website, "Shielded Transfers on Nova–Tornado Cash," archived version from June 17, 2022, accessed via The WayBack Machine (U) | 01134–01135 |
| (U) Ex 138: Tornado Cash, Website, "Anonymity Mining," archived version from June 17, 2022, accessed via The WayBack Machine (U) | 01136–01143 |
| (U) Ex 139: Tornado Cash, Website, "How to Become a Relayer?," archived version from June 9, 2022, accessed via The WayBack Machine (U) | 01144–01152 |
| (U) Ex 140: Coinbase, "RPC Node" (U) | 01153–01154 |
| (U) Ex 141: Uniswap, "Introducing Uniswap V3" (U) | 01155–01166 |
| (U) Ex 142: BTCGeek, "How to Buy TORN Token from Tornado ETH's most Trusted Privacy Protocol" (U) | 01167–01171 |
| (U) Ex 143: Medium, "Introducing ppTORN: an Auto-Compounding Strategy for Tornado.Cash $TORN Governance Staking" (U) | 01172–01175 |
| (U) Ex 144: AltcoinBuzz, "Make 61% APY with TORN on this Platform" (U) | 01176–01180 |
| (U) Ex 145: *Reuters*, "Explainer: Ronin's $615 Million Crypto Heist" (U) | 01181–01205 |
| (U) Ex 146: *Barron's*, "Inside the $625 Million Axie Hack and What it Means for Crypto Gaming" (U) | 01206–01213 |
| (U) Ex 147: *Reuters*, Website, Homepage (U) | 01214–01230 |

TOP SECRET███████████████████LES

TOP SECRET████████████LES

(U) Ex 148: *Barron's*, Website, "About" (U) — 01231–01239

(U) Ex 149: Federal Register, U.S. Department of the Treasury Notice, "Imposition of Sanctions Pursuant to E.O. 13687 on January 2, 2015" (U) — 01240–01244

(U) Ex 150: CoinDesk, "Twitters says 'Phone Spear Phishing' Let Hackers Gain Employee Credentials" (U) — 01245–01254

(U) Ex 151: CoinDesk, "About" (U) — 01255–01263

(U) Ex 152: CoinTelegraph, "What is P2P Trading, and How Does it Work in Peer-to-Peer Crypto Exchanges?" (U) — 01264–01272

(U//FOUO) Ex 153: ████████████ (U//FOUO) — 01273–01284

(U) Ex 154: Medium, "Validator Node FAQ" (U) — 01285–01294

(U) Ex 155: Gnosis, "What is Gnosis Safe? Gnosis Help Center" (U) — 01295–01298

(U) Ex 156: Medium, "Getting to Know Third Party Validators" (U) — 01299–01311

(U) Ex 157: Ethereum, "Decentralized Autonomous Organizations" (U) — 01312–01322

(U) Ex 158: CoinDesk, "This Elusive Malware Has Been Targeting Crypto Wallets for a Year" (U) — 01323–01339

(U) Ex 159: Federal Bureau of Investigation, "FBI Statement of the Attribution of Malicious Cyber Activity Posed by the Democratic People's Republic of Korea" (U) — 01340–01341

(U) Ex 160: Tornado Cash, Website, "FAQ" (U) — 01342–01345

(U) Ex 161: Finance Brokerage, "Crypto Mixer Tornado Cash Won't Comply With Sanctions" (U) — 01346–01352

(U) Ex 162: Finance Brokerage, Website, "About Us" — 01353–01355

(U) Ex 163: *Bloomberg*, "Crypto Funds From Ronin Breach Moved to Tornado Cash" (U) — 01356–01358

| | |
|---|---|
| (U/~~FOUO~~) Ex 164: OFAC Memorandum for Record, "Blockchain Analysis of Tornado Cash" (U/~~FOUO~~) | 01359–01363 |
| (U) Ex 165: CoinDesk, "Tornado Cash Co-Founder Says the Mixer Protocol is Unstoppable" (U) | 01364–01376 |
| (U) Ex 166: CoinDesk, "Tornado Cash Adds Chainalysis Tool for Blocking OFAC-Sanctioned Wallets from Dapp" (U) | 01377–01382 |
| (U) Ex 167: Joint Cyber Security Advisory, "TraderTraitor: North Korean State-Sponsored APT Targets BlockChain Companies" (U) | 01383–01397 |
| (U) Ex 168: UN Security Council, S/2019/691, "Note by the President of the Security Council" (U) | 01398–01540 |
| (U) Ex 169: Federal Bureau of Investigation, Letterhead Memorandum, 349F-CE-2200375 (U) | 01541–01542 |
| (U) Ex 170: Federal Register, U.S. Department of the Treasury, "Notice of OFAC Sanctions Action" (U) | 01543–01544 |
| (U) Ex 171: *Bloomberg*, "Hackers Steal about $600 Million in One of the Biggest Crypto Heists" (U) | 01545–01550 |
| (U) Ex 172: Crypto News Australia, "About Crypto News" (U) | 01551–01555 |
| (U) Ex 173: CoinDesk, "Why TVL Matters in DeFi: Total Value Locked Explained" (U) | 01556–01563 |
| (U) Ex 174: Joint Publication, DPRK Cyber Threat Advisory, "Guidance on the North Korean Cyber Threat" (U) | 01564–01576 |
| (U) Ex 175: Immunefi, "Tornado Cash Bug Bounties" (U) | 01577–01593 |
| (U) Ex 176: Crypto News Australia, "Tornado Cash Token (TORN) Surges 94% following Bullish Protocol Updates" (U) | 01594–01599 |
| (U) Ex 177: Tornado Cash, Website, "Tornado Cash Smart Contracts–Tornado.Cash," archived version from June 17, 2022, accessed via The WayBack Machine (U) | 01600–01610 |
| (U) Ex 178: Chainalysis, "The 2022 Crypto Crime Report" (U) | 01611–01751 |
| (U) Ex 179: U.S. Attorney General, Cyber Digital Task Force, "Cryptocurrency Enforcement Framework" (U) | 01752–01835 |

TOP SECRET~~//~~ ██████████ LES

| Exhibit | Pages |
|---|---|
| (U) Ex 180: *Reuters*, "U.N. Experts Point Finger at North Korea for $281 Million Cyber Theft, KuCoin Likely Victim" (U) | 01836–01840 |
| (U//~~FOUO~~) Ex 181: OFAC Memorandum for Record, "Blockchain Analysis of Tornado Cash and KuCoin Theft" (U//~~FOUO~~) | 01841–01847 |
| (U) Ex 182: Etherscan, "Contract 0xA160cdAB225685dA1d56aa342Ad8841c3b53f291" (U) | 01848–01850 |
| (U) Ex 183: U.S. Department of the Treasury, "National Money Laundering Risk Assessment" (U) | 01851–01930 |
| (U) Ex 184: BeinCrypto, "Ethereum Name Service (ENS): Everything you Needs to Know" (U) | 01931–01944 |
| (U) Ex 185: Ethereum, Layer-2" (U) | 01945–01968 |
| (U) Ex 186: Ethereum, "Sharding" (U) | 01969–01975 |
| (U) Ex 187: Investopedia, "What is Altcoin" (U) | 01976–01985 |
| (U) Ex 188: Cointelegrpah, "Venture Capital Financing: A Beginners Guide to VC Funding the Crypto Space" (U) | 01986–01995 |
| (U) Ex 189: National Institute of Standards and Technology, "Blockchain Networks: Token Design and Management Overview" (U) | 01996–02080 |
| (U) Ex 190: CoinTelegraph, "A Beginner's Guide to the BNB Chain: The evolution of the Binance Smart Chain" (U) | 02081–02094 |
| (U) Ex 191: Investopedia, "What is Avalanche (AVAX)?" (U) | 02095–02102 |
| (U) Ex 192: Gnosis Chain, "Developers Overview" (U) | 02103–02107 |
| (U) Ex 193: CoinTelegraph, "Cryptocurrency On-Ramps and Off-Ramps, Explained" (U) | 02108–02115 |
| (U) Ex 194: Binance, "Token Lockup" (U) | 02116–02119 |
| (U) Ex 195: Twitter, "Tornado Cash" (U) | 02120–02122 |
| (U) Ex 196: Decrypt, Website, "Manifesto" (U) | 02123–02125 |

| | |
|---|---|
| (U)  Ex 197: Immuta, "K-Anonymity: Everything You Need to Know" (U) | 02126–02132 |
| (U)  Ex 198: Tech Target, "Permissioned vs. Permissionless Blockchains: Key Differences" (U) | 02133–02139 |
| (U)  Ex 199: Harvard Law School Forum on Corporate Governance, "An Introduction to Smart Contracts and Their Potential and Inherent Limitations" (U) | 02140–02149 |
| (U)  Ex 200: U.S. Department of the Treasury, "National Proliferation Financing Risk Assessment" (U) | 02150–02196 |
| (U)  Ex 201: Etherscan, "Block #1400000" (U) | 02197–02198 |
| (U)  Ex 202: U.S. Department of the Treasury, Press Release, "U.S. Treasury Sanctions Notorious Virtual Currency Mixer Tornado Cash" (U) | 02199–02202 |
| (U)  Ex 203: Investopedia, "What is Decentralized Finance (DeFI) and How Does It Work?" (U) | 02204–02209 |
| (U)  Ex 204: The Block.co, "Tornado Cash DAO votes to Take Partial Control Over Treasury Funds" (U) | 02210–02213 |
| (U)  Ex 205: U.S. Department of the Treasury, Frequency Asked Questions, "FAQ #562" (U) | 02214–02216 |
| (U)  Ex 206: Github, "Tornado Cash Core" (U) | 02217–02226 |
| (U//~~FOUO~~)  Ex 207: OFAC Memorandum for Record, "Blockchain Analysis of Heists Using Tornado Cash" (U//~~FOUO~~) | 02227–02232 |
| (U)  Ex 208: Github, "Roman Semenov" (U) | 02233–02236 |
| (U)  Ex 209: Github, "Tornadocash/Tornado-Core, Commits" Page 1 (U) | 02237–02241 |
| (U)  Ex 210: Github, "Tornadocash/Tornado-Core, Commits" Page 2 (U) | 02242–02246 |
| (U)  Ex 211: Github, "Tornadocash/Tornado-Core, Commits" Page 3 (U) | 02247–02250 |
| (U)  Ex 212: Github, "Tornadocash/Tornado-Core, Commits" Page 4 (U) | 02251–02255 |

(U)  Ex 213: Github, "Tornadocash/Tornado-Core, Commits" Page 5 (U) — 02256–02259

(U)  Ex 214: Github, "Tornadocash/Tornado-Core, Commits" Page 6 (U) — 02260–02264

(U)  Ex 215: Github, "Tornadocash/Tornado-Core, Commits" Page 7 (U) — 02265–02268

(U)  Ex 216: Github, "Tornadocash/Tornado-Core, Commits" Page 8 (U) — 02269–02272

(U)  Ex 217: Github, "Tornadocash/Tornado-Core, Commits" Page 9 (U) — 02273–02276

(U)  Ex 218: Github, "Tornadocash/Tornado-Core, Commits" Page 10 (U) — 02277–02280

(U)  Ex 219: General Services Administration, "An Introduction to GitHub" (U) — 02281–02288

(U)  Ex 220: CoinDesk, "What Are Liquidity Pools?" (U) — 02289–02296

(U)  Ex 221: Ethereum, "What is Staking?" (U) — 02297–02312

(U)  Ex 222: NIST, "Glossary, Publishing Node" (U) — 02313–02315

(U)  Ex 223: PCMagazine, "Encyclopedia, Off-Chain Governance" (U) — 02316–02320

(U)  Ex 224: PCMagazine, Website, "About" (U) — 02321–02322

(U)  Ex 225: Elliptic, "The $100 Million Horizon Hack: Following the Trail Through Tornado Cash to North Korea" (U) — 02323–02326

(U)  Ex 226: Gemini, "Crypto Wallets, Custodial vs Non-Custodial" (U) — 02327–02333

(U)  Ex 227: Gemini, Website, "About" (U) — 02334–02338

(U)  Ex 228: PCMagazine, "Encyclopedia, Pseudo-Random" (U) — 02339–02343

(U)  Ex 229: GitHub, "Creating a Repository" (U) — 02344–02353

(U)  F.  Evidentiary Memorandum Addendum, Classified — 02354–02359

(U) G. Evidentiary Memorandum Addendum Exhibits    02360–02428

    (U//~~FOUO~~) Classified Ex 01 ███████ (~~TS~~ ████    02360–02364
████████

    (U//~~FOUO~~) Classified Ex 02: ████████    02365–02370
(~~TS~~ ████ ~~LES~~)

    (U//~~FOUO~~) Classified Ex 03: ████████ (~~TS~~ ██    02371–02375

    (U//~~FOUO~~) Classified Ex 04: ████████    02376–02384
████ (S ████

    (U//~~FOUO~~) Classified Ex 05: ████████ (S ██    02385–02392

    (U//~~FOUO~~) Classified Ex 06: OFAC Memorandum for Record,    02393–02401
"OFAC Review of Reference Materials o Virtual Currency and
Blockchain Technologies (U//~~FOUO~~)

    (U//~~FOUO~~) Classified Ex 07: ████████    02402–02404
(~~TS~~ ████ ~~LES~~)

    (U) Classified Ex 08: *Reuters*, "U.S. Crypto Firm Harmony Hit by    02405–02408
$100 Million Heist (U)

    (U//~~FOUO~~) Classified Ex 09: ████████    02409–02424
(~~TS~~ ████ ~~LES~~)

    (U//~~FOUO~~) Classified Ex 10: ████████    02425–02428
████ (S ████