UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

---

JOSEPH VAN LOON; TYLER ALMEIDA;
ALEXANDER FISHER; PRESTON VAN LOON;
KEVIN VITALE; and NATE WELCH,

                         Plaintiffs,

            - against -

DEPARTMENT OF THE TREASURY; OFFICE OF
FOREIGN ASSETS CONTROL; JANET YELLEN,
in her official capacity as Secretary of the Treasury; and
ANDREA M. GACKI, in her official capacity as Director
of the Office of Foreign Assets Control,

                         Defendants.

Civil Action No. 6:22-cv-920-ADA-JCM

---

## JOINT MOTION FOR ENTRY OF SCHEDULING ORDER

       The Parties hereby jointly file this motion for entry of an order adopting the schedule proposed below for further proceedings in this case.  In support thereof, the Parties respectfully state as follows:

    1.      On January 13, 2023, Defendants produced the administrative record to Plaintiffs.

    2.      Upon review, Plaintiffs have no objections to the administrative record.

    3.      After conferring, the Parties jointly propose the following schedule:

| EVENT | DATE |
|---|---|
| Plaintiffs file a motion for summary judgment | March 24, 2023 |
| Defendants file a cross motion for summary judgment and a response to Plaintiffs' motion for summary judgment | April 21, 2023 |
| Plaintiffs file a response to Defendants' cross motion for summary judgment and a reply to Defendants' response to Plaintiffs' motion for summary judgment | May 12, 2023 |
| Defendants file a reply to Plaintiffs' response to Defendants' cross motion for summary judgment | June 2, 2023 |

(1)

Plaintiffs file a joint appendix of administrative record materials cited by the   June 9, 2023
Parties in their briefing, and Defendants lodge any classified appendix for
the Court's *ex parte* and *in camera* review pursuant to 50 U.S.C. § 1705(c)

The Parties reserve the right to seek modification of the proposed schedule.

4.      The Parties further jointly propose that briefing for further proceedings follow the following page limits: 40 pages for Plaintiffs' motion for summary judgment; 40 pages for Defendants' cross motion for summary judgment and a response to Plaintiffs' motion for summary judgment; 20 pages for Plaintiffs' response and reply; and 20 pages for Defendants' reply, exclusive of the caption, the signature block, any certificate, and any accompanying documents.  The Parties respectfully inform the Court that these expanded page lengths will be necessary to ensure that the Parties have sufficient opportunity to discuss and explain the technical nature of this case and the statutory and constitutional issues raised.  The Parties reserve the right to seek modification of these proposed page limits.

5.      A proposed order approved by the Parties is being submitted with this Motion for the Court's consideration.

Dated: February 10, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PARKER, BUNT & AINSWORTH, P.C.

ALEXANDER K. HAAS
Director

By:    /s/ Charles Lewis Ainsworth
Charles Lewis Ainsworth
Texas Bar No. 00783521
100 E. Ferguson Suite 418
DIANE KELLEHER
Assistant Director
Tyler, TX 75702
(903) 531-3535 (telephone)
charley@pbatyler.com

STEPHEN M. ELLIOTT
Senior Counsel
/s/ Christopher R. Healy
CHRISTOPHER R. HEALY
CHRISTINE L. COOGLE
Trial Attorneys
Federal Programs Branch, Civil Division
United States Department of Justice
1100 L Street, N.W.
Washington, DC 20005
(202) 880-0282 (telephone)
(202) 616-8470 (fax)
christopher.healy@usdoj.gov

PAUL, WEISS, RIFKIND,
   WHARTON & GARRISON LLP

Kannon K. Shanmugam*
Brian M. Lipshutz*
Matteo Godi*
Jennifer K. Corcoran*
2001 K Street, N.W.
Washington, DC 20006
(202) 223-7300 (telephone)
kshanmugam@paulweiss.com
*Admitted pro hac vice

*Counsel for Defendants*

*Counsel for Plaintiffs*