UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JOSEPH VAN LOON; TYLER ALMEIDA; ALEXANDER FISHER; PRESTON VAN LOON; KEVIN VITALE; and NATE WELCH,<br><br>         Plaintiffs,<br><br>      - against -<br><br>DEPARTMENT OF THE TREASURY; OFFICE OF FOREIGN ASSETS CONTROL; JANET YELLEN, in her official capacity as Secretary of the Treasury; and ANDREA M. GACKI, in her official capacity as Director of the Office of Foreign Assets Control,<br><br>         Defendants. | Civil Action No. 1:23-cv-312-RP |

**JOINT MOTION FOR ENTRY OF SCHEDULING ORDER**

The Parties hereby jointly file this motion for entry of an order adopting the schedule proposed below for further proceedings in this case. In support thereof, the Parties respectfully state as follows:

1. On January 13, 2023, Defendants produced the administrative record to Plaintiffs.

2. Upon review, Plaintiffs have no objections to the administrative record.

3. On February 10, 2023, the Parties filed a Joint Motion for Entry of Scheduling Order. Dkt. 27.

4. On February 16, 2023, Magistrate Judge Manske issued a report and recommendation, Dkt. 28, recommending that Defendants' motion to transfer this case from the Waco Division to the Austin Division, Dkt. 15, be granted.

5.       On March 20, 2023, Judge Albright issued an order adopting Magistrate Judge Manske's report and recommendation, and ordered that this case be transferred from the Waco Division to the Austin Division.  Dkt. 35.

6.       On March 23, 2023, this case was assigned to Judge Pitman in the Austin Division.

7.       After conferring, the Parties renew their Joint Motion for Entry of Scheduling Order for further proceedings in this case, and jointly propose the following schedule:

| EVENT | DATE |
| --- | --- |
| Plaintiffs file a motion for summary judgment | April 5, 2023 |
| Defendants file a cross motion for summary judgment and a response to Plaintiffs' motion for summary judgment | May 3, 2023 |
| Plaintiffs file a response to Defendants' cross motion for summary judgment and a reply to Defendants' response to Plaintiffs' motion for summary judgment | May 24, 2023 |
| Defendants file a reply to Plaintiffs' response to Defendants' cross motion for summary judgment | June 14, 2023 |
| Plaintiffs file a joint appendix of administrative record materials cited by the Parties in their briefing, and Defendants lodge any classified appendix for the Court's *ex parte* and *in camera* review pursuant to 50 U.S.C. § 1705(c) | June 21, 2023 |

The Parties reserve the right to seek modification of the proposed schedule.

8.       The Parties further jointly propose that briefing for further proceedings follow the following page limits: 40 pages for Plaintiffs' motion for summary judgment; 40 pages for Defendants' cross motion for summary judgment and a response to Plaintiffs' motion for summary judgment; 20 pages for Plaintiffs' response and reply; and 20 pages for Defendants' reply, exclusive of the caption, the signature block, any certificate, and any accompanying documents.  The Parties respectfully inform the Court that these expanded page lengths will be necessary to ensure that the Parties have sufficient opportunity to discuss and explain the technical nature of this case and the statutory and constitutional issues raised.  The Parties reserve the right to seek modification of these proposed page limits.

9. A proposed order approved by the Parties is being submitted with this Motion for the Court's consideration.

Dated: March 24, 2023

|  |  |
|---|---|
| | Respectfully submitted, |
| BRIAN M. BOYNTON<br>Principal Deputy Assistant Attorney General | PAUL, WEISS, RIFKIND,<br>   WHARTON & GARRISON LLP |
| ALEXANDER K. HAAS<br>Director | /s/ Kannon K. Shanmugam<br>Kannon K. Shanmugam\*<br>Brian M. Lipshutz\* |
| DIANE KELLEHER<br>Assistant Director | Matteo Godi\*<br>Jennifer K. Corcoran\*<br>2001 K Street, N.W. |
| STEPHEN M. ELLIOTT<br>Senior Counsel | Washington, DC 20006<br>(202) 223-7300 (telephone) |
| /s/ Christopher R. Healy<br>CHRISTOPHER R. HEALY | kshanmugam@paulweiss.com<br>*\*Admitted pro hac vice* |
| CHRISTINE L. COOGLE<br>Trial Attorneys | PARKER, BUNT & AINSWORTH, P.C. |
| Federal Programs Branch, Civil Division<br>United States Department of Justice | Charles Lewis Ainsworth |
| 1100 L Street, N.W. | Texas Bar No. 00783521 |
| Washington, DC 20005 | 100 E. Ferguson Suite 418 |
| (202) 880-0282 (telephone) | Tyler, TX 75702 |
| (202) 616-8470 (fax) | (903) 531-3535 (telephone) |
| christopher.healy@usdoj.gov | charley@pbatyler.com |
| *Counsel for Defendants* | *Counsel for Plaintiffs* |