UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

---

JOSEPH VAN LOON; TYLER ALMEIDA;
ALEXANDER FISHER; PRESTON VAN LOON;
KEVIN VITALE; and NATE WELCH,

                    Plaintiffs,

          - against -

DEPARTMENT OF THE TREASURY; OFFICE OF
FOREIGN ASSETS CONTROL; JANET YELLEN,
in her official capacity as Secretary of the Treasury; and
ANDREA M. GACKI, in her official capacity as Director
of the Office of Foreign Assets Control,

                    Defendants.

Civil Action No. 1:23-cv-312-RP

---

**ORDER**

Upon consideration of the Parties' Joint Motion for Entry of Scheduling Order, it is hereby

ORDERED that the Parties' Joint Motion is GRANTED and the briefing schedule and page limits

proposed therein are hereby adopted.

It is further ORDERED that further proceedings in this case shall occur according to the

following schedule:

| EVENT | DATE |
| --- | --- |
| Plaintiffs file a motion for summary judgment | April 5, 2023 |
| Defendants file a cross motion for summary judgment and a response to Plaintiffs' motion for summary judgment | May 3, 2023 |
| Plaintiffs file a response to Defendants' cross motion for summary judgment and a reply to Defendants' response to Plaintiffs' motion for summary judgment | May 24, 2023 |
| Defendants file a reply to Plaintiffs' response to Defendants' cross motion for summary judgment | June 14, 2023 |

Plaintiffs file a joint appendix of administrative record materials cited by the June 21, 2023 Parties in their briefing, and Defendants lodge any classified appendix for the Court's *ex parte* and *in camera* review pursuant to 50 U.S.C. § 1705(c)

It is further ORDERED that briefing shall be limited to:

40 pages for Plaintiffs' motion for summary judgment; 40 pages for Defendants' cross motion for summary judgment and a response to Plaintiffs' motion for summary judgment; 20 pages for Plaintiffs' response and reply; and 20 pages for Defendants' reply, exclusive of the caption, the signature block, any certificate, and any accompanying documents.

SO ORDERED.

Dated:

_____
The Honorable Robert L. Pitman
United States District Judge