UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **JOSEPH VAN LOON** *et al.*<br><br>**Plaintiffs,**<br><br>v.<br><br>**DEPARTMENT OF TREASURY** *et al.*,<br><br>**Defendants.** | No. 1:23-CV-00312-RP |

**NOTICE OF ATTORNEY APPEARANCE**

Defendants hereby provide notice that Assistant United States Attorney Liane Noble will appear as co-counsel for Defendants. In addition to serving the counsel of record who have already appeared in this matter, Defendants respectfully request that the Court, Clerk of Court, and all counsel of record also direct notices, pleadings, orders and other papers to Ms. Noble at the address listed below:

Liane Noble
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
(512) 370-1252 (phone)
(512) 916-5854 (fax)
Liane.Noble@usdoj.gov

1

| | |
|---|---|
| Dated: April 5, 2023 | Respectfully Submitted, |
| | |
| | BRIAN M. BOYNTON |
| | Principal Deputy Assistant Attorney General |
| | |
| | ALEXANDER K. HAAS |
| | Director |
| | |
| | DIANE KELLEHER |
| | Assistant Director |
| | |
| | CHRISTOPHER R. HEALY |
| | CHRISTINE COOGLE |
| | Trial Attorneys |
| | STEPHEN M. ELLIOTT |
| | Senior Counsel |
| | Federal Programs Branch, Civil Division |
| | United States Department of Justice |
| | 1100 L St. NW |
| | Washington, DC 20005 |
| | Tel: 202-514-8095 |
| | Fax 202-616-8470 |
| | E-mail: Christopher.Healy@usdoj.gov |
| | |
| | JAIME ESPARZA |
| | United States Attorney |
| | |
| | By: */s/ Liane Noble* |
| | LIANE NOBLE |
| | Assistant United States Attorney |
| | State Bar No. 24079059 |
| | U.S. Attorney's Office |
| | 903 San Jacinto Blvd., Suite 334 |
| | Austin, Texas  78701 |
| | (512) 370-1252 (phone) |
| | (512) 916-5854 (fax) |
| | Liane.Noble@usdoj.gov |
| | |
| | *Counsel for Defendants* |