UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JOSEPH VAN LOON; TYLER ALMEIDA; ALEXANDER FISHER; PRESTON VAN LOON; KEVIN VITALE; and NATE WELCH,<br><br>          Plaintiffs,<br><br>- against -<br><br>DEPARTMENT OF THE TREASURY; OFFICE OF FOREIGN ASSETS CONTROL; JANET YELLEN, in her official capacity as Secretary of the Treasury; and ANDREA M. GACKI, in her official capacity as Director of the Office of Foreign Assets Control,<br><br>          Defendants. | No. 1:23-cv-312-RP |

**ORDER**

Upon consideration of Plaintiffs' Unopposed Motion for Leave to File Motion for Partial Summary Judgment in Excess of the Court's Page Limits, it is hereby ORDERED that the Plaintiffs' Motion is GRANTED.

It is further ORDERED that Plaintiffs' Motion for Partial Summary Judgment shall not exceed the pages requested in the Motion for Leave to File.

SO ORDERED.

Dated:

                       The Honorable Robert L. Pitman
                       United States District Judge