UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JOSEPH VAN LOON; TYLER ALMEIDA; ALEXANDER FISHER; PRESTON VAN LOON; KEVIN VITALE; and NATE WELCH,<br><br>                                    Plaintiffs,<br><br>- against -<br><br>DEPARTMENT OF THE TREASURY; OFFICE OF FOREIGN ASSETS CONTROL; JANET YELLEN, in her official capacity as Secretary of the Treasury; and ANDREA M. GACKI, in her official capacity as Director of the Office of Foreign Assets Control,<br><br>                                    Defendants. | No. 1:23-cv-312-RP |

**ORDER**

Upon consideration of Plaintiffs' Motion for Partial Summary Judgment, it is hereby ORDERED that the Plaintiffs' Motion for Partial Summary Judgment on Counts 1 and 2 of the Amended Complaint, Dkt. 21, is GRANTED.

It is further ORDERED that the Defendants' designation is unlawful and is therefore set aside, and that Defendants are permanently enjoined from enforcing it.

SO ORDERED.

Dated: _____

                                                                                    The Honorable Robert L. Pitman
                                                                                     United States District Judge