AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Joseph Van Loon et al. *Plaintiff* | ) ) |
| v. | ) Case No. 1:23-cv-00312-RP |
| Department of the Treasury et al. *Defendant* | ) ) ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Blockchain Association and Defi Education Fund as Amici Curiae.

Date:   04/12/2023

/s/ Jonathan Guynn
*Attorney's signature*

Jonathan Guynn, Texas Bar No. 24120232
*Printed name and bar number*

JONES DAY
2727 N. Harwood Street
Dallas, TX  75201
*Address*

jguynn@jonesday.com
*E-mail address*

214-220-3939
*Telephone number*

214-969-5100
*FAX number*