UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **Joseph Van Loon et al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**Department of the Treasury et al.,**<br><br>**Defendants.** | Civil Action No. 1:23-cv-00312-RP |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE *AMICI CURIAE* BRIEF OF BLOCKCHAIN ASSOCIATION AND DEFI EDUCATION FUND**

This Court, having considered the Unopposed Motion for Leave to File Brief for *Amici Curiae* Blockchain Association and DeFi Education Fund,

IT IS HEREBY ORDERED that the Motion is GRANTED. *Amici* shall file a brief on entry of this Order.

Dated: _____, 2023

_____
ROBERT PITMAN
United States District Judge