IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOSEPH VAN LOON, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:23-CV-312-RP |
| DEPARTMENT OF TREASURY, *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER

**IT IS ORDERED** that the Court's Text Order on April 13, 2023, granting in part and denying in part Plaintiffs' motion, (Dkt. 40), is **VACATED**.

For good cause shown, **IT IS FURTHER ORDERED** that Plaintiffs' motion to file excess pages for their motion for summary judgment, (Dkt. 40), is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants shall file their combined cross-motion and opposition **on or before May 4, 2023.**

**IT IS FURTHER ORDERED** that Defendants' motion to file excess pages for their cross-motion and opposition is **DENIED** without prejudice to refiling.

**SIGNED** on April 13, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE