AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| Joseph Van Loon et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-00312-RP |
| Department of the Treasury, et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Paradigm Operations LP as Amicus Curiae.

Date:  04/14/2023

/s/ Alexis Swartz
*Attorney's signature*

Alexis Swartz, Texas Bar No. 24122045
*Printed name and bar number*
919 Congress Avenue
Ste. 1100
Austin, TX 78701

*Address*

alexis@lehotskykeller.com
*E-mail address*

512-693-8350
*Telephone number*

833-233-2202
*FAX number*