IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOSEPH VAN LOON; TYLER ALMEIDA; ALEXANDER FISHER; PRESTON VAN LOON; KEVIN VITALE; and NATE WELCH, | ) ) ) ) | |
| *Plaintiffs*, | ) ) ) | |
| v. | ) ) | No. 1:23-cv-00312-RP |
| DEPARTMENT OF THE TREASURY; OFFICE OF FOREIGN ASSETS CONTROL; JANET YELLEN, in her official capacity as Secretary of the Treasury; and ANDREA M. GACKI, in her official capacity as Director of the Office of Foreign Assets Control, | ) ) ) ) ) ) ) ) ) | |
| *Defendants*. | ) | |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION
FOR LEAVE TO FILE AMICUS BRIEF ON BEHALF OF
PARADIGM OPERATIONS LP IN SUPPORT OF PLAINTIFFS'
<u>MOTION FOR PARTIAL SUMMARY JUDGMENT</u>**

This Court, having considered the Unopposed Motion for Leave to File Brief for Amicus Curiae Paradigm Operations LP,

IT IS HEREBY ORDERED that the Motion is GRANTED. Amicus shall file a brief on entry of this Order.

Dated: _____, 2023          _____
                                      ROBERT PITMAN
                                      United States District Judge