**FILED**

April 18, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Julie Golden_____

DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

**JOSEPH VAN LOON, et al.**

-vs-

**DEPARTMENT OF THE TREASURY, et al.,**

Case No. **1:23-cv-00312-RP**

## O R D E R

BE IT REMEMBERED on this the ___18th___ day of ___Apri_____, 20 ___23___, there

was presented to the Court the Motion for Admission *Pro Hac Vice* filed by

___**Katherine Yarger**___ ("Applicant"), counsel for ___**Paradigm Operations LP**___ and

the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant

may appear on behalf of ___**Paradigm Operations LP**___ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall,

in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00,

made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and

Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall

register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective

until Applicant has complied with all provisions of this Order.

SIGNED this the ___18th___ day of ___April_____ 20 ___23___.

_____
UNITED STATES DISTRICT JUDGE