AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| Joseph Van Loon, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-312-RP |
| Department of the Treasury, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Andreessen Horowitz as Amicus Curiae.

Date: April 21, 2023

/s/ Daniel S. Mayerfeld
*Attorney's signature*

Daniel S. Mayerfeld, Texas Bar No. 24076136
*Printed name and bar number*

1000 Louisiana Street
Suite 6800
Houston, Texas 77002
*Address*

daniel.mayerfeld@skadden.com
*E-mail address*

(713) 655-5141
*Telephone number*

(713) 483-9141
*FAX number*