# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Joseph Van Loon et al., *Plaintiffs,* v. Department of the Treasury et al., *Defendants.* | Civil Action No. 1:23-cv-00312-RP |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF ON BEHALF OF ANDREESSEN HOROWITZ AS AMICUS CURIAE IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

This Court, having considered the Unopposed Motion for Leave to File Brief for *Amicus Curiae* Andreessen Horowitz,

IT IS HEREBY ORDERED that the Motion is GRANTED. Amicus shall file a brief on entry of this Order.

Dated: _____, 2023

_____
ROBERT PITMAN
United States District Judge