# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| Joseph Van Loon et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-00312-RP |
| Department of the Treasury et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae Electronic Frontier Foundation.

Date: 04/28/2023

/s/ Thomas S. Leatherbury
*Attorney's signature*

Thomas S. Leatherbury (Texas Bar No. 12095275)
*Printed name and bar number*

Thomas S. Leatherbury Law, PLLC
Cumberland Hill School Building
1901 N. Akard Street
Dallas, Texas 75201
*Address*

Tom@tsleatherburylaw.com
*E-mail address*

(214) 213-5004
*Telephone number*

*FAX number*

Print   Save As...   Reset