AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| Joseph Van Loon et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-00312-RP |
| Department of the Treasury et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amicus Curiae Electronic Frontier Foundation.

Date: 04/28/2023

/s/ Peter B. Steffensen
*Attorney's signature*

Peter B. Steffensen (Texas Bar No. 24106464)
*Printed name and bar number*

SMU DEDMAN SCHOOL OF LAW
FIRST AMENDMENT CLINIC
P.O. Box 750116
Dallas, TX 75275
*Address*

psteffensen@smu.edu
*E-mail address*

(214) 768-4077
*Telephone number*

(214) 768-1611
*FAX number*

Print   Save As...   Reset