# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Joseph Van Loon; Tyler Almeida; Alexander Fisher; Preston Van Loon; Kevin Vitale; and Nate Welch,<br><br>         Plaintiffs,<br><br>- against -<br><br>Department of the Treasury, Office of Foreign Assets Control; Janet Yellen, in her official capacity as Secretary of the Treasury; and Andrea M. Gacki, in her official capacity as Director of the Office of Foreign Assets Control,<br><br>         Defendants. | Civil Action No. 1:23-cv-00312-RP |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF AMICUS CURIAE ELECTRONIC FRONTIER FOUNDATION IN SUPPORT OF PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

This Court, having considered the Motion for Leave to File Brief of Amicus Curiae Electronic Frontier Foundation in Support of Plaintiffs' Motion for Partial Summary Judgment,

IT IS HEREBY ORDERED that the Motion is GRANTED. Amicus shall file a brief on entry of this Order.

Dated: _____, 2023        _____
                                                                ROBERT PITMAN
                                                                United States District Judge

1