UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| **JOSEPH VAN LOON** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **DEPARTMENT OF TREASURY** *et al.*, <br><br> Defendants. | Civil Action No. 1:23-cv-00312-RP |

**NOTICE OF ERRATA**

Defendants respectfully provide notice that, due to a production error, Exhibit 8 to the Administrative Record, at Bates No. CYBER2-2977-00159, was missing relevant information upon which OFAC relied in its designation package. The attached declaration of Ripley Quinby, Deputy Associate Director in the Office of Global Targeting at the U.S. Department of the Treasury, Office of Foreign Assets Control (OFAC), attached hereto, explains the circumstances of the error and provides updated information.

Dated: April 28, 2023

Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

DIANE KELLEHER
Assistant Director

*/s/ Christopher R. Healy*
CHRISTOPHER R. HEALY
CHRISTINE L. COOGLE
Trial Attorneys
STEPHEN M. ELLIOTT

1

Senior Counsel
Federal Programs Branch, Civil Division
United States Department of Justice
1100 L St. NW
Washington, DC 20005
Tel: 202-514-8095
Fax 202-616-8470
E-mail: Christopher.Healy@usdoj.gov

*Counsel for Defendants*