UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| **JOSEPH VAN LOON** *et al.*, <br><br> **Plaintiffs,** <br><br> v. <br><br> **DEPARTMENT OF TREASURY** *et al.*, <br><br> **Defendants.** | Civil Action No. 1:23-cv-00312-RP |

**DEFENDANTS' CONSENT MOTION FOR FURTHER EXTENSION OF PAGES**

Defendants respectfully request that the present 40-page limit for Defendants' forthcoming combined Opposition and Cross-Motion for Summary Judgment, which is due on Wednesday May 3, 2023, be extended by another three pages, for a total of 43 pages, to account for the unexpectedly large number of amici who have filed or sought to file briefs in support of Plaintiffs' motion for partial summary judgment. These proposed and granted amici—now five in number—have filed four separate briefs that together total nearly 60 pages, all in support of Plaintiffs' motion. Several of these amici purport to raise distinct claims and arguments that do not appear in Plaintiffs' motion. *See, e.g.*, Brief of Blockchain Association and DeFi Education Fund as *Amici Curiae* at 14–17, ECF No. 49 (raising arbitrary and capricious and due process challenges not at issue); Proposed Brief of Electronic Frontier Foundation as *Amicus Curiae* at 9–10, ECF No. 70-1 (raising First Amendment vagueness challenge not at issue). The requested relief would allow Defendants sufficient space to adequately respond to certain of the amici's arguments, while objecting to other arguments as not properly within the scope of Plaintiffs' motion.

Defendants have met and conferred with Plaintiffs regarding this motion and counsel for Plaintiffs inform the undersigned that Plaintiffs consent.

Dated: April 28, 2023

Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

DIANE KELLEHER
Assistant Director

<u>/s/ Stephen M. Elliott</u>
CHRISTOPHER R. HEALY
CHRISTINE L. COOGLE
Trial Attorneys
STEPHEN M. ELLIOTT
Senior Trial Counsel
Federal Programs Branch, Civil Division
United States Department of Justice
1100 L St. NW
Washington, DC 20005
Tel: 202-353-0889
Fax 202-616-8470
E-mail: stephen.m.elliott@usdoj.gov

*Counsel for Defendants*