IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**Joseph Van Loon, et al.**

-vs-                                                                                         Case No.  **1:23-cv-00312-RP**

**Department of the Treasury, et al.**

**O R D E R**

BE IT REMEMBERED on this the  **1st**  day of  **May** , 20**23** , there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **James M. Burnham** ("Applicant"), counsel for **Blockchain Association and DeFi Education Fund** and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **Blockchain Association and DeFi Education Fund** in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the  **1st**  day of  **May**  20**23** .

_____
UNITED STATES DISTRICT JUDGE