## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

**Joseph Van Loon, et al.**

**-vs-**                                                    Case No.   1:23-cv-00312-RP

**Department of the Treasury, et al.**

### O R D E R

BE IT REMEMBERED on this the __1st__ day of _____May_____, 20_23_, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by _____**Alexis Zhang**_____ ("Applicant"), counsel for __Blockchain Association and DeFi Education Fund__ and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of __Blockchain Association and DeFi Education Fund__ in the above case.

IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to:  **Clerk, U.S. District Court**.

IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

SIGNED this the _1st_ day of _____May_____ 20_23_.

_____
UNITED STATES DISTRICT JUDGE