FILED
May 02, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: \_\_\_\_**Julie Golden**\_\_\_\_
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Joseph Van Loon, et al.,

   Plaintiffs,

-vs-

Department of the Treasury, et al.,

   Defendants.

Case No. **1:23-cv-312-RP**

## O R D E R

  BE IT REMEMBERED on this the **2nd** day of **May**, 20**23**, there was presented to the Court the Motion for Admission *Pro Hac Vice* filed by **Alessio Evangelista** ("Applicant"), counsel for **Andreesen Horowitz** and the Court, having reviewed the motion, enters the following order:

  IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of **Andreesen Horowitz** in the above case.

  IT IS FURTHER ORDERED that Applicant, if Applicant has not already done so, shall, in compliance with Local Court Rule AT-1(f)(2), immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**.

  IT IS FURTHER ORDERED that Applicant, pursuant to the Administrative Policies and Procedures for Electronic Filing in Civil and Criminal cases in the Western District of Texas, shall register as a filing user within 10 days of the date of this Order.

  IT IS FINALLY ORDERED that Applicant's *Pro Hac Vice* status shall not become effective until Applicant has complied with all provisions of this Order.

  SIGNED this the **2nd** day of **May** 20**23**.

_____
UNITED STATES DISTRICT JUDGE