AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| Joseph Van Loon, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-00312-RP |
| Department of the Treasury, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

The Bank Policy Institute as Amicus Curiae.

Date: 05/17/2023

/s/ John Kinchen
*Attorney's signature*

John Kinchen, Texas Bar No. 00791027
*Printed name and bar number*

Smyser Kaplan & Veselka, L.L.P.
717 Texas Avenue, Suite 2800
Houston, Texas 77002
*Address*

jkinchen@skv.com
*E-mail address*

(713) 221-2300
*Telephone number*

(713) 221-2320
*FAX number*