### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

|  |  |
|---|---|
| Joseph Van Loon; Tyler Almeida; Alexander Fisher; Preston Van Loon; Kevin Vitale; and Nate Welch,<br><br>      *Plaintiffs*,<br><br>v.<br><br>Department of the Treasury, Office of Foreign Assets Control; Janet Yellen, in her official capacity as Secretary of the Treasury; and Andrea M. Gacki, in her official capacity as Director of the Office of Foreign Assets Control,<br><br>      *Defendants*. | Civil Action No. 1:23-cv-00312-RP |

### UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF ON BEHALF OF THE BANK POLICY INSTITUTE  IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

## <u>STATEMENT OF INTEREST</u>

The Bank Policy Institute ("BPI") respectfully moves this Court for leave to file a brief as *amicius curiae* in support of Defendants.  The proposed amicus brief is attached as **Exhibit 1** and a proposed order is attached as **Exhibit 2**.

BPI is a nonpartisan policy, research, and advocacy group that represents the nation's leading banks and their customers.  BPI's members have over 36,000 branches nationwide and hold more than $10.5 trillion in deposits.  *See* Bank Policy Institute, *The Economic Impact of the Bank Policy Institute Members*, https://bpi.com/everyday-bpi/ (2021).

BPI has an interest in this case because it raises, including in briefs filed by *amici* supporting the Plaintiffs, questions of how privacy and financial inclusion are protected and promoted in the regulated financial system as compared to in other, newer systems that have developed for digital assets such as cryptocurrencies.  BPI and its members are committed to detecting and deterring money laundering, and they are also opposed to unlawful discrimination and privacy intrusions in all forms.

BPI therefore submits this brief to provide substantial background that can add to this Court's understanding of the existing sanctions regime and regulatory privacy and anti-discrimination landscape, which may assist the decision-making process.  Both Parties have consented to the filing of *Amicus*'s proposed brief.

Wherefore, BPI respectfully moves this Court for leave to file the accompanying brief as *Amicus Curiae* in Support of Defendants.

Dated:   May 17, 2023.

Respectfully submitted,

/s/ *John Kinchen*

John Kinchen
Federal ID No. 235595
Texas Bar No. 00791027
S.D. ID No. 18184
Smyser Kaplan & Veselka, L.L.P.
717 Texas Avenue, Suite 2800
Houston, Texas  77002
(713) 221-2345
jkinchen@skv.com

*Counsel for Amicus Curiae*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2023, I caused the foregoing to be filed with the Clerk of

Court upon all counsel of record via the CM/ECF system.

/s/ *John Kinchen*
John Kinchen