# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Joseph Van Loon; Tyler Almeida; Alexander Fisher; Preston Van Loon; Kevin Vitale; and Nate Welch,<br><br>　　　　　　　　*Plaintiffs*,<br><br>v.<br><br>Department of the Treasury; Office of Foreign Assets Control; Janet Yellen, in her official capacity as Secretary of the Treasury; and Andrea M. Gacki, in her official capacity as Director of the Office of Foreign Assets Control,<br><br>　　　　　　　　*Defendants*. | Civil Action No. 1:23-cv-00312-RP |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE AMICUS BRIEF OF THE BANK POLICY INSTITUTE**

This Court, having considered the Unopposed Motion for Leave to File Amicus Brief on Behalf of The Bank Policy Institute in Support of Defendants' Motion for Summary Judgment,

IT IS HEREBY ORDERED that the Motion is GRANTED. *Amici* shall file a brief on entry of this Order.

Dated: _____, 2023.　　　_____
　　　　　　　　　　　　　　　　　　　ROBERT PITMAN
　　　　　　　　　　　　　　　　　　　United States District Judge