UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JOSEPH VAN LOON; TYLER ALMEIDA; ALEXANDER FISHER; PRESTON VAN LOON; KEVIN VITALE; and NATE WELCH,<br><br>                              Plaintiffs,<br><br>- against -<br><br>DEPARTMENT OF THE TREASURY; OFFICE OF FOREIGN ASSETS CONTROL; JANET YELLEN, in her official capacity as Secretary of the Treasury; and ANDREA M. GACKI, in her official capacity as Director of the Office of Foreign Assets Control,<br><br>                              Defendants. | No. 1:23-cv-312-RP |

**ORDER**

Upon consideration of Plaintiffs' Motion for Oral Argument on Cross-Motions for Summary Judgment, it is hereby ORDERED that the Plaintiffs' Motion is GRANTED.

SO ORDERED.

Dated:

                                                            The Honorable Robert L. Pitman
                                                            United States District Judge