UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | |
|---|---|
| JOSEPH VAN LOON *et al.*<br><br>**Plaintiffs,**<br><br>**v.**<br><br>UNITED STATES DEPARTMENT OF THE TREASURY *et al.*,<br><br>**Defendants.** | Civil Action No. 1:23-cv-00312-RP |

NOTICE OF CLASSIFIED LODGING

Pursuant to the Court's April 26, 2023 Order, *see* ECF No. 66, Defendants Department of the Treasury, *et al.*, through undersigned counsel, hereby provide notice that Defendants have lodged for submission the classified addendum to the November 8, 2022 designation of Tornado Cash, in support of their Cross-Motion for Summary Judgment. *See* ECF No. 80; *see also* 50 U.S.C. § 1702(c) (permitting *ex parte*, *in camera* review of classified information). The submission has been lodged for secure storage and for secure transmission to the Court (upon request) with the United States Department of Justice, Litigation Security Group, Washington, D.C., (202) 514-9016.[1] The Court may contact the undersigned counsel, or the Litigation Security Group, to assist in securing delivery of this submission for review at the Court's convenience.

//

//

---

[1] As a result of handling protocols, a small number of records included in the classified addendum are available for the Court's review upon request to the undersigned counsel or the Litigation Security Group. *See* 50 U.S.C. § 1702(c).

Dated: June 21, 2023

Respectfully Submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director

DIANE KELLEHER
Assistant Director

*/s/ Stephen M. Elliott*
STEPHEN M. ELLIOTT
Senior Trial Counsel
CHRISTINE L. COOGLE
Trial Attorney
Federal Programs Branch, Civil Division
United States Department of Justice
1100 L St. NW
Washington, DC 20005
Tel: 202-353-0889
Fax: 202-616-8470
E-mail: stephen.m.elliott@usdoj.gov

*Counsel for Defendants*