UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JOSEPH VAN LOON; TYLER ALMEIDA;
ALEXANDER FISHER; PRESTON VAN LOON;
KEVIN VITALE; and NATE WELCH,

                           Plaintiffs,

              - against -

DEPARTMENT OF THE TREASURY; OFFICE OF
FOREIGN ASSETS CONTROL; JANET YELLEN,
in her official capacity as Secretary of the Treasury; and
ANDREA M. GACKI, in her official capacity as Director
of the Office of Foreign Assets Control,

                           Defendants.

Civil Action No. 1:23-cv-312-RP

## JOINT APPENDIX OF ADMINISTRATIVE RECORDS CITED IN PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT

The parties hereby file this joint appendix containing the administrative record pages cited

in their cross-motions for summary judgment and further briefing in support thereof.  Specifically,

the joint appendix contains the following administrative record citations:

| ADMINISTRATIVE RECORD MATERIALS | ADMINISTRATIVE RECORD CITATION |
|---|---|
| **VOLUME I** | |
| Blocking Memorandum | A.R. 1-5 |
| Federal Register Notice | A.R. 6-8 |
| Press Release | A.R. 9-12 |
| Evidentiary Memorandum, Unclassified | A.R. 13-100 |
| Exhibit 4 Tornado Cash, Website, "Torn" | A.R. 124-128 |
| Exhibit 22 Cointelegraph, "What is a Crypto Airdrop, and How Does it Work" | A.R. 212-229 |

| ADMINISTRATIVE RECORD MATERIALS | ADMINISTRATIVE RECORD CITATION |
|---|---|
| Exhibit 34<br>Bitcoin.com, "Tornado Cash Governance Token TORN Shudders More than 57% Since the US government Ban" | A.R. 332-337 |
| Exhibit 39<br>Medium, "Tornado.cash Trusted Setup Ceremony" | A.R. 355-358 |
| Exhibit 48<br>GitHub, "Tornado Repositories" | A.R. 403-409 |
| Exhibit 54<br>U.S. Department of the Treasury, Press Releases, "Treasury Takes Robust Actions to Counter Ransomware" | A.R. 474-479 |
| Exhibit 58<br>Ethereum, "Ethereum Accounts" | A.R. 505-513 |
| Exhibit 59<br>Chainalysis, "Dissecting the DAO: Web3 Ownership is Surprisingly Concentrated" | A.R. 514-525 |
| Exhibit 61<br>Medium, "Tornado.Cash Governance Proposal" | A.R. 530-543 |
| **VOLUME II** | |
| Exhibit 62<br>Coin Center, "How does Tornado Cash Work?" | A.R. 544-576 |
| Exhibit 63<br>Chainalysis, "Crypto Mixers and AML Compliance" | A.R. 577-582 |
| Exhibit 87<br>Medium, "Decentralizing TornadoCash: The Launch of Tornado Fund and the Path Towards Tornado DAO" | A.R. 717-721 |
| Exhibit 89<br>Crypto.com, "Crypto Tokens vs Coins—What's the Difference?" | A.R. 727-737 |
| Exhibit 90<br>Etherscan, "Token Torn Token" | A.R. 738-741 |
| Exhibit 103<br>Ethereum, "Intro to Ethereum" | A.R. 814-821 |
| Exhibit 104<br>Thompson Reuters, "Blockchain Technology: Data Privacy Issues and Potential Mitigation Strategies" | A.R. 822-830 |
| Exhibit 107<br>Ethereum, "Transactions" | A.R. 856-872 |
| Exhibit 108<br>Certik, "What is Blockchain Analysis—Blog" | A.R. 873-883 |

| ADMINISTRATIVE RECORD MATERIALS | ADMINISTRATIVE RECORD CITATION |
|---|---|
| Exhibit 110<br>Council on Foreign Relations, "Cryptocurrencies, Digital Dollars, and the Future of Money" | A.R. 891-897 |
| Exhibit 116<br>Chainalysis, "Crypto Mixer Usage Reaches All-time Highs in 2022, With Nation State Actors and Cyber Criminals Contributing Significant Volume" | A.R. 933-941 |
| Exhibit 120<br>Tornado Cash, Website, "Introduction" | A.R. 950-954 |
| Exhibit 121<br>Cointelegraph, "TORN Soars 200% as Tornado.Cash's Governance Token Becomes Tradable" | A.R. 955-960 |
| Exhibit 144<br>AltcoinBuzz, "Make 61% APY with TORN on this Platform" | A.R. 1176-1180 |
| Exhibit 154<br>Medium, "Validator Node FAQ" | A.R. 1285-1294 |
| Exhibit 157<br>Ethereum, "Decentralized Autonomous Organizations" | A.R. 1312-1322 |
| Exhibit 176<br>Crypto News Australia, "Tornado Cash Token (TORN) Surges 94% following Bullish Protocol Updates" | A.R. 1594-1599 |
| **VOLUME III** | |
| Exhibit 178<br>Chainalysis, "The 2022 Crypto Crime Report" | A.R. 1611-1751 |
| Exhibit 179<br>U.S. Attorney General, Cyber Digital Task Force, "Cryptocurrency Enforcement Framework" | A.R. 1752-1835 |
| Exhibit 199<br>Harvard Law School Forum on Corporate Governance, "An Introduction to Smart Contracts and Their Potential and Inherent Limitations" | A.R. 2140-2149 |
| Exhibit 202<br>U.S. Department of the Treasury,<br>Press Release, "U.S. Treasury Sanctions Notorious Virtual Currency Mixer Tornado Cash" | A.R. 2199-2202 |
| Exhibit 204<br>The Block.co, "Tornado Cash DAO votes to Take Partial Control Over Treasury Funds" | A.R. 2210-2213 |

Dated: June 21, 2023

Respectfully submitted,

PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP

/s/ Kannon K. Shanmugam
Kannon K. Shanmugam*
Brian M. Lipshutz*
Matteo Godi*
Jennifer K. Corcoran*
2001 K Street, N.W.
Washington, DC 20006
(202) 223-7300 (telephone)
kshanmugam@paulweiss.com
*Admitted pro hac vice

PARKER, BUNT & AINSWORTH, P.C.

Charles Lewis Ainsworth
Texas Bar No. 00783521
100 East Ferguson Suite 418
Tyler, TX 75702
(903) 531-3535 (telephone)
charley@pbatyler.com

*Counsel for Plaintiffs*