UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **Joseph Van Loon et al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**Department of the Treasury et al.,**<br><br>**Defendants.** | Civil Action No. 1:23-cv-00312-RP |

## MOTION TO WITHDRAW

Pursuant to the Federal Rules of Civil Procedure for the State of Texas, please withdraw the appearance of James M. Burnham on behalf of *Amici Curiae,* the Blockchain Association and DeFi Education Fund.  Eric Tung, Jonathan Guynn and Alexis Zhang of Jones Day, who have previously entered appearances in this case, will remain as counsel for all *amici curiae*, the Blockchain Association and DeFi Education Fund.

Dated: June 28, 2023                                  Respectfully submitted,

/s/ *James M. Burnham*
James M. Burnham
D.C. Bar No. 1015196
Alexis Zhang
D.C. Bar No. 90008032
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Phone: (202) 879-3939
Fax: (202) 626-1700
jburnham@jonesday.com
alexiszhang@jonesday.com

Jonathan Guynn
Texas Bar No. 24120232
JONES DAY
2727 North Harwood Street
Dallas, TX 75201
Phone: (214) 220-3939
Fax: (214) 969-5100
jguynn@jonesday.com

Eric Tung
California Bar No. 275063
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Phone: (213) 489-3939
Fax: (213) 243-2539
etung@jonesday.com

*Counsel for* Amici Curiae

3

## CERTIFICATE OF SERVICE

    I hereby certify that on June 28, 2023, the foregoing document was filed through the Court's ECF system and a copy will be served on all parties according to the Federal Rules of Civil Procedure.

                                         */s/ Jonathan Guynn*
                                         Jonathan Guynn