UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Joseph Van Loon et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Department of the Treasury et al.,<br><br>Defendants. | Civil Action No. 1:23-cv-00312-RP |

## ORDER

This matter having come before this Court on Defendant's Motion to Withdraw the Appearance of James M. Burnham, the Court hereby orders:

**IT IS HEREBY ORDERED THAT** the appearance of James M. Burnham on behalf of *Amici Curiae*, the Blockchain Association and DeFi Education Fund in the above-captioned case, is withdrawn.

Dated: June ____, 2023

_____
U.S. District Judge Robert Pittman