UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JOSEPH VAN LOON; TYLER ALMEIDA; ALEXANDER FISHER; PRESTON VAN LOON; KEVIN VITALE; and NATE WELCH,<br><br>          Plaintiffs,<br><br>- against -<br><br>DEPARTMENT OF THE TREASURY; OFFICE OF FOREIGN ASSETS CONTROL; JANET YELLEN, in her official capacity as Secretary of the Treasury; and ANDREA M. GACKI, in her official capacity as Director of the Office of Foreign Assets Control,<br><br>          Defendants. | No. 1:23-cv-312-RP |

**ORDER**

Upon consideration of the Motion to Withdraw, it is hereby ORDERED that the Motion to Withdraw the Appearance of Jennifer K. Corcoran on behalf of Plaintiffs Joseph Van Loon, Tyler Almeida, Alexander Fisher, Preston Van Loon, Kevin Vitale, and Nate Welch is GRANTED.

SO ORDERED.

Dated:

                          The Honorable Robert L. Pitman
                          United States District Judge