IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JOSEPH VAN LOON, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | 1:23-CV-312-RP |
| § | |
| DEPARTMENT OF TREASURY, et al., § | |
| § | |
| Defendants. § | |

# **FINAL JUDGMENT**

On this date, the Court entered an order granting the government's motion for summary judgment. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Plaintiffs Joseph Van Loon, Tyler Almeida, Alexander Fisher, Preston Van Loon, Kevin Vitale, and Nate Welch's Motion for Partial Summary Judgment, (Dkt. 41), is **DENIED.**

**IT IS FURTHER ORDERED** that Defendants Department of Treasury, Office of Foreign Assets Control, Janet Yellen, and Andrea M. Gacki's Motion for Summary Judgment, (Dkt. 80), is **GRANTED**. The government is entitled to summary judgment as to all of Plaintiffs' claims against it.

**IT IS ORDERED** that Plaintiffs' claims against the government are **DISMISSED** with prejudice.

**IT IS FINALLY ORDERED** that the case is **CLOSED**.

**SIGNED** on August 17, 2023.

                                                      ROBERT PITMAN
                                                    UNITED STATES DISTRICT JUDGE