UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JOSEPH VAN LOON; TYLER ALMEIDA;
ALEXANDER FISHER; PRESTON VAN LOON;
KEVIN VITALE; and NATE WELCH,

                   Plaintiffs,

- against -

DEPARTMENT OF THE TREASURY; OFFICE OF
FOREIGN ASSETS CONTROL; JANET YELLEN,
in her official capacity as Secretary of the Treasury; and
ANDREA M. GACKI, in her official capacity as Director
of the Office of Foreign Assets Control,

                   Defendants.

No. 1:23-cv-312-RP

**MOTION TO WITHDRAW**

In accordance with the Federal Rules of Civil Procedure and the Local Court Rules of the United States District Court for the Western District of Texas, Rule AT-3, please withdraw the appearance of Brian M. Lipshutz on behalf of Plaintiffs Joseph Van Loon, Tyler Almeida, Alexander Fisher, Preston Van Loon, Kevin Vitale, and Nate Welch.

Kannon K. Shanmugam and Matteo Godi, of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 2001 K Street, N.W., Washington, DC 20006, and Charles Lewis Ainsworth, of Parker, Bunt & Ainsworth PC, 100 East Ferguson Suite 418, Tyler, TX 75702, who have previously entered appearances in this case, will remain as counsel for all Plaintiffs.

(1)

Dated: July 3, 2024

        Respectfully submitted,

        PAUL, WEISS, RIFKIND,
          WHARTON & GARRISON LLP

        <u>/s/ Brian M. Lipshutz</u>
        Kannon K. Shanmugam*
        Brian M. Lipshutz*
        Matteo Godi*
        2001 K Street, N.W.
        Washington, DC 20006
        (202) 223-7300 (telephone)
        blipshutz@paulweiss.com

        *Admitted pro hac vice*

        *Counsel for Plaintiffs*