UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JOSEPH VAN LOON *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF THE TREASURY *et al.*, <br><br> Defendants. | Civil Action No. 1:23-cv-312-RP |

**[PROPOSED] ORDER**

The Court, having considered Defendants' Motion for Extension of Time to Respond, and for good cause shown, hereby **GRANTS** the motion. The deadline for Defendants to respond to Plaintiffs' Motion for Entry of Judgment, ECF No. 100, is extended to April 19, 2025.

Dated: _____  _____
United States District Judge

1