IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOSEPH VAN LOON, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § | 1:23-CV-312-RP |
| DEPARTMENT OF TREASURY, et al., | § § § | |
| Defendants. | § § | |

## [PROPOSED] ORDER

The Court shall separately enter an Amended Final Judgment (*see* Dkt. 100-1). Accordingly, **IT IS ORDERED** that Defendants' Motion for Extension of Time to Respond (Dkt. 102), is **DENIED AS MOOT**.

**SIGNED** on _____, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE