# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| JOSEPH VAN LOON *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF THE TREASURY, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:23-cv-312-RP |

## NOTICE OF APPEARANCE

Please take notice that the undersigned counsel hereby enters his appearance on behalf of Defendants in the above-captioned matter.

Dated: March 18, 2025                               Respectfully submitted,

/s/ *Kevin K Bell*
KEVIN K. BELL
GA Bar No. 967210
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 305-8613
E-mail: Kevin.K.Bell@usdoj.gov
*Counsel for the United States*