IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JOSEPH VAN LOON *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF THE TREASURY *et al.*,<br><br>Defendants. | Civil Action No. 1:23-cv-312-RP |

### [PROPOSED] AMENDED FINAL JUDGMENT

In light of the Fifth Circuit's opinion and judgment, ECF No. 99, reversing and remanding this Court's judgment, ECF No. 94, and upon consideration of Plaintiffs' motion for entry of judgment, ECF No. 100, and Defendants' response, ECF No. 104, the Court renders Amended Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that Plaintiffs' Motion for Partial Summary Judgment on Count 1, ECF No. 41, is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment, ECF No. 80, is **DENIED** with respect to Count 1 and **GRANTED** with respect to Counts 2 and 3.

**IT IS ORDERED** that this matter is **REMANDED** to Defendants for proceedings consistent with the judgment of the Fifth Circuit and of this Court.

**IT IS FINALLY ORDERED** that the case is **CLOSED**.

**SIGNED** on _____, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

1