UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JOSEPH VAN LOON *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF THE TREASURY *et al.*, <br><br> Defendants. | Civil Action No. 1:23-cv-312-RP |

**NOTICE**

Defendants hereby notify the Court that on March 21, 2025, the U.S. Department of the Treasury removed Tornado Cash from the Specially Designated Nationals and Blocked Persons (SDN) list. *See* Office of Foreign Assets Control, *Cyber-related Designation Removal; North Korea Designation Update and Removal*, Specially Designated Nationals List Update (Mar. 21, 2025), https://ofac.treasury.gov/recent-actions/20250321; U.S. Dep't of the Treasury, *Tornado Cash Delisting*, Press Releases (Mar. 21, 2025), https://home.treasury.gov/news/press-releases/sb0057. Thus, Tornado Cash is no longer subject to sanctions by the Office of Foreign Assets Control, and this matter is now moot. Because this Court, like all federal courts, has a continuing obligation to satisfy itself that it possesses Article III jurisdiction over the case, *Envtl. Conservation Org. v. Dallas*, 529 F.3d 519, 525 (5th Cir. 2008) (court "obliged" to resolve questions of standing and mootness "before considering any other matters raised by the parties"), briefing on mootness is warranted.

Dated: March 21, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ALEXANDER K. HAAS
Director

1

STEPHEN M. ELLIOTT
Assistant Director

<u>/s/  Kevin K. Bell</u>
KEVIN K. BELL
GA Bar No. 967210
Trial Attorney
Federal Programs Branch
Civil Division
U.S. Department of Justice
1100 L St. NW
Washington, D.C. 20005
(202) 205-8613
Kevin.K.Bell@usdoj.gov

*Counsel for Defendants*