IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JOSEPH VAN LOON; TYLER ALMEIDA; ALEXANDER FISHER; PRESTON VAN LOON; KEVIN VITALE; and NATHAN WELCH, <br><br> *Plaintiffs*, <br> v. <br><br> DEPARTMENT OF THE TREASURY; OFFICE OF FOREIGN ASSETS CONTROL; JANET YELLEN, in her official capacity as Director of the Office of Foreign Assets Control, <br><br> *Defendants*. | No. 1:23-cv-00312-RP |

## MOTION TO WITHDRAW

Pursuant to Local Rule AT-3, please withdraw the appearance of Jonathan D. Guynn on behalf of *amici curiae*, the Blockchain Association and DeFi Education Fund. Eric Tung, who has previously entered an appearance in this case, will remain as counsel for all *amici curiae*, Blockchain Association and DeFi Education Fund.

Dated: March 27, 2025

Respectfully submitted,

/s/ *Jonathan D. Guynn*

Jonathan D. Guynn
Texas Bar No. 24120232
JONES DAY
2727 North Harwood Street
Dallas, TX 75201
Phone: (214) 969-3793
jguynn@jonesday.com

Eric Tung
California Bar No. 275063
JONES DAY
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Phone: (213) 489-3939
etung@jonesday.com

Counsel for Amici Curiae

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2025, I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all attorneys of record by operation of the Court's electronic filing system.

> */s/ Jonathan D. Guynn*
> Jonathan D. Guynn