IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JOSEPH VAN LOON; TYLER ALMEIDA; ALEXANDER FISHER; PRESTON VAN LOON; KEVIN VITALE; and NATHAN WELCH,<br><br>*Plaintiffs*,<br>v.<br><br>DEPARTMENT OF THE TREASURY; OFFICE OF FOREIGN ASSETS CONTROL; JANET YELLEN, in her official capacity as Director of the Office of Foreign Assets Control,<br><br>*Defendants*. | No. 1:23-cv-00312-RP |

### **[PROPOSED] ORDER**

This matter having come before this Court on the Motion to Withdraw the Appearance of Jonathan D. Guynn, the Court hereby orders:

**IT IS HEREBY ORDERED THAT** the appearance of Jonathan D. Guynn on behalf of *amici curiae*, the Blockchain Association and Defi Education Fund in the above-captioned case, is withdrawn.

Dated: March __, 2025.

_____
U.S. District Judge Robert Pittman