IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JOSEPH VAN LOON, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 1:23-CV-312-RP |
| | § | |
| DEPARTMENT OF TREASURY, et al., | § | |
| | § | |
| Defendants. | § | |

## AMENDED FINAL JUDGMENT

On appeal, the Fifth Circuit reversed and remanded this Court's order, (Dkt. 94), with instructions to grant Plaintiffs Joseph Van Loon, Tyler Almeida, Alexander Fisher, Preston Van Loon, Kevin Vitale, and Nate Welch's Motion for Partial Summary Judgment based on the Administrative Procedure Act. (Dkt. 99, at 5.) In light of the Fifth Circuit's opinion and judgment, the Court issues this amended final judgment.

**IT IS ORDERED** that Plaintiffs' Motion for Partial Summary Judgment on Count 1, (Dkt. 41), is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendants Department of Treasury, Office of Foreign Assets Control, Scott Bessent, and Bradley T. Smith's action is unlawful and is therefore set aside, *see* Fed. R. Civ. P. 25(d), and that Defendants are permanently enjoined from enforcing it.

**IT IS FURTHER ORDERED** that Defendants' Motion for Summary Judgment, (Dkt. 80), is **DENIED** with respect to Count 1 and **GRANTED** with respect to Counts 2 and 3.

**IT IS FURTHER ORDERED** that each party bear its own fees and costs. As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS FINALLY ORDERED** that this case is **CLOSED**.

**SIGNED** on April 28, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE